**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MICHAEL D. MARTIN

   Plaintiff

  v.

WARDEN RONALD S. WEBER, *et al.*,

   Defendants

Case No. 1:22-cv-00922-DLB

**JOINT MOTION TO STAY PROCEEDINGS**

  Plaintiff, Michael Martin, and Defendant, Jason Harbaugh, (the "Parties"), by and through undersigned counsel, jointly request a stay in the above-captioned case for a period of ninety (90) days.

  The Parties have begun good faith discussions regarding a potential settlement of this matter and request this stay to allow sufficient time to further explore settlement options. The Parties agree that a stay of proceedings will conserve judicial resources, may help secure a just and efficient resolution, and potentially avoid the time and expense associated with litigating this matter concurrent with ongoing settlement discussions. Before the end of the ninety (90) day-extension, the Parties agree to provide a status update to the Court in regards to the status of such settlement discussions.

  The request for stay is appropriate. A district court may exercise its broad discretion to promote "economy of time and effort for itself, for counsel, and for litigants." *DeRosa v. Walsh*, 541 F. App'x 250, 252 (4th Cir. 2013) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). The "power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Maryland v. Universal Elections, Inc.*, 729 F.3d 370, 379 (4th Cir. 2013) (quoting

*Landis*, 299 U.S. at 254). Staying the instant matter will promote judicial efficiency and allow the Parties necessary time to engage in settlement discussions.

For the foregoing reasons, the Parties jointly request a ninety (90) day stay of the proceedings. A proposed order is filed herewith.

Dated: March 21, 2025                                Respectfully submitted,

                                                      */s/ David Sharfstein*
                                                     David Sharfstein
                                                     Melissa Giangrande Jacobs
                                                     Hogan Lovells US LLP
                                                     555 13th Street, NW
                                                     Washington, DC 20004
                                                     (202) 637-5600 (Telephone)
                                                     (202) 637-5910 (Telefax)
                                                     david.sharfstein@hoganlovells.com
                                                     melissa.giangrande@hoganlovells.com

                                                     *Attorneys for Plaintiff*


                                                     ANTHONY G. BROWN
                                                     Attorney General of Maryland

                                                      */s/ Teresa Kelly*
                                                     Teresa Kelly
                                                     Assistant Attorney General
                                                     Federal Bar No. 09034
                                                     St. Paul Plaza – 19th Floor
                                                     200 St. Paul Place
                                                     Baltimore, MD 21202
                                                     (410) 576-7962 (Telephone)
                                                     (410) 576-6880 (Telefax)
                                                     tkelly@oag.state.md.us

                                                     *Attorneys for Defendant*