**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MICHAEL D. MARTIN,<br><br>*Plaintiff*,<br><br>v.<br><br>WARDEN RONALD S. WEBER, *et al.*,<br><br>*Defendants*. | Case No. 1:22-cv-00922-DLB |

**STIPULATION OF DISMISSAL**

The parties, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above captioned action, with prejudice. All parties who have appeared in this action have signed below. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:  August 8, 2025

Respectfully submitted,

 */s/ David Sharfstein*
David Sharfstein
Melissa Giangrande Jacobs
Hogan Lovells US LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600 (Telephone)
(202) 637-5910 (Telefax)
david.sharfstein@hoganlovells.com
melissa.jacobs@hoganlovells.com

*Attorneys for Plaintiff*

ANTHONY G. BROWN
Attorney General of Maryland

/s/ *Teresa Kelly*

Teresa Kelly
Assistant Attorney General
Federal Bar No. 09034
St. Paul Plaza – 19th Floor
200 St. Paul Place
Baltimore, MD 21202
(410) 576-7962 (Telephone)
(410) 576-6880 (Telefax)
tkelly@oag.state.md.us


*Attorneys for Defendant*